

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-18-00182-CR

_____

WADE HODGES, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 147th District Court
Travis County, Texas
Trial Court No. D-1-DC-16-100356

Before Morriss, C.J., Burgess and Stevens, JJ.
Memorandum Opinion by Justice Burgess

## MEMORANDUM OPINION

Appellant Wade Hodges has filed a motion to dismiss this appeal.[1]  As authorized by Rule

42.2 of the Texas Rules of Appellate Procedure, we grant the motion.  *See* TEX. R. APP. P. 42.2(a).

Accordingly, we dismiss this appeal.

Ralph K. Burgess
Justice

Date Submitted:    May 7, 2019
Date Decided:    May 8, 2019

Do Not Publish

---

[1]Originally appealed to the Third Court of Appeals, this case was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts.  *See* TEX. GOV'T CODE ANN. § 73.001 (West 2013).  We are unaware of any conflict between precedent of the Third Court of Appeals and that of this Court on any relevant issue.  *See* TEX. R. APP. P. 41.3.

Defense counsel filed an *Anders* brief in this matter.  *See Anders v. California*, 386 U.S. 738, 743–44 (1967). In conjunction with that brief, counsel filed a motion to withdraw.  In light of appellant's motion to dismiss this appeal, we grant counsel's request to withdraw from further representation of appellant in this case.